**Order entered April 5, 2019**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-01184-CV

### RODNEY DRAUGHON, Appellant

### V.

### JOYCIE JOHNSON, Appellee

**On Appeal from the County Court at Law No. 1**
**Kaufman County, Texas**
**Trial Court Cause No. 99751-CC**

## ORDER

Before the Court is appellee's April 3, 2019 motion for a seven-day extension to file her brief in response. We **GRANT** the motion and **ORDER** the brief in response be filed no later than April 10, 2019.

/s/    BILL WHITEHILL
       JUSTICE